AMERICAN STORE EQUIPMENT AND CONSTRUCTION CORPORATION, Appellant, v. BUFFALO MUNICIPAL HOUSING AUTHORITY, Respondent.— Judgment affirmed, with costs. All concur, except Piper, J., who dissents and votes for reversal and for judgment for the plaintiff for the amount of damages stipulated. (Appeal from a judgment dismissing plaintiff's complaint in an action to recover money due under a construction contract affected by Presidential order.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ. [202 Misc. 222.]

■

OSCAR G. CASSIDY, Respondent, v. GLENN L. BUCK, Appellant, et al., Defendants.— Judgment insofar as appealed from and order affirmed, with costs. All concur, except Taylor, P. J., not voting. (Appeal from part of a judgment for plaintiff against defendant Buck, and no cause of action on defendant's counterclaim, in an automobile negligence action. The order denied defendant Buck's motion for a new trial.) Present — Taylor, P. J, Vaughan, Kimball, Piper and Wheeler, JJ. [See post, p. 849.]

■

BESSIE CASSIDY, Respondent, v. GLENN L. BUCK, Appellant, et al., Defendants.— Judgment insofar as appealed from and order affirmed, with costs. All concur, except Taylor, P. J., not voting. (Appeal from part of a judgment for plaintiff against defendant Buck in an automobile negligence action. The order denied a motion for a new trial.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See post, p. 850.]

■

CLAYTON M. JONES, Appellant-Respondent, v. NATIONAL CHAUTAUQUA COUNTY BANK OF JAMESTOWN, Respondent-Appellant.— Judgment affirmed, without costs of these appeals to either party. All concur. (Cross appeals from a judgment for plaintiff in an action in conversion.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ. [See post, p. 850.]

■

DAVID N. EDDY, Respondent, v. ALBERT PEOPLES et al., Appellants.— Judgment affirmed, without costs of this appeal to any party. All concur. (Appeal from a judgment for plaintiff in an action to foreclose a mechanic's lien.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. ·

■

HOLLY POPKIN, by IRVING POPKIN, Her Guardian ad Litem, Respondent, v. JEWISH YOUNG MEN'S AND WOMEN'S ASSOCIATION OF ROCHESTER, NEW YORK, INC., Appellant.— Judgment reversed on the law and facts, without costs of this appeal to either party and complaint dismissed, without costs. Memorandum: The infant plaintiff, age six and one-half years, was injured when struck by a boy on a bicycle while she was in a public park with other children attending a summer day camp operated by defendant. There is no proof of any causal relation between the camp counselor's alleged momentary inattentiveness and the accident itself. The sole proximate cause of the accident was the act of the boy on the bicycle, who was not a member of the day camp group, which act could not reasonably have been foreseen by the counselors employed by defendant to supervise the children (see Ohman v. Board of Educ. of City of N. Y., 300 N. Y. 306). All concur. (Appeal from a judgment for plaintiff in a negligence action.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.